UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- x

ExteNet Systems, LLC       )  Civil Action No.  6:20-cv-7129-
       Plaintiff,   )  EAW-MWP
             )
  vs.          )
             )
City of Rochester, New York    )
       Defendant.   )

--- --- --- --- --- --- --- --- --- --- --- --- --- --- --- --- x


**DECLARATION OF T. SCOTT THOMPSON IN SUPPORT OF MOTION IN LIMINE**


I, Scott Thompson, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1.   I am member at the law firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, and counsel for plaintiff ExteNet Systems, LLC ("ExteNet") in the above captioned matter admitted *pro hac vice*.

2.   I respectfully submit this declaration in support of ExteNet's motion in limine to exclude expert testimony by the City's witness, Louie Tobias.

3.   I make this declaration based on my personal knowledge and review of the non-privileged records related to this litigation.

4.   The City did not identified any witness for expert testimony in this case.

5.   The facts set forth in ExteNet's Notice of Motion and Motion *In Limine* and the supporting Memorandum In Support of Motion *In Limine* are true and correct to the best of my knowledge.

6.   Attached hereto as Exhibit 1 is a true and correct copy of the City's April 29, 2021 Answers to Plaintiff's First Set of Interrogatories and Requests for Production.

7.      Attached hereto in pdf form as Exhibit 2 is a copy of the Spreadsheet produced by the City in native Excel format with Bates No. COR 000011. (*See also* Dkt. No. 30-22.)

8.      Attached hereto as Exhibit  3 is is a true and correct copy of the transcript of the June 3, 2021 deposition of Louie J. Tobias taken in this case.

9.      Attached hereto as Exhibit 4 is a true and correct copy of an excerpt of Volume 1 of the Deposition of Louie J. Tobias in *Cellco Partnership d/b/a Verizon Wireless v. City of Rochester*, 6:19-cv-06583-EAW-MWP take on February 9, 2021.

10.     Attached hereto as Exhibit 5 is a true and correct copy of an excerpt of Volume 2 of the Deposition of Louie J. Tobias in *Cellco Partnership d/b/a Verizon Wireless v. City of Rochester*, 6:19-cv-06583-EAW-MWP,  taken on February 10, 2021.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
T. Scott Thompson


Executed on February 24, 2023

# Exhibit 1

DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EXTENET SYSTEMS, INC. | DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION |
| Plaintiff, | |
| vs. | |
| CITY OF ROCHESTER, | Case 6:20-cv-7129 |
| Defendant. | |

Defendant City of Rochester answers Plaintiff's First Set of Interrogatories and Requests for Production as follows:

**General Objections**

All responses are made without in any way waiving or intending to waive, but on the contrary, intending to preserve and preserving:

- All objections to questions as to competency, relevance, materiality, privilege, scope, and admissibility of evidence for any purpose in any subsequent proceeding or the trial of this or any other action.

- The right to object to the use of any of the answers or the subject matter thereof in any subsequent proceeding or the trial of this or any other action on any grounds.

- The right to supplement and/or amend these answers as the defendants' investigation, discovery and preparation for trial continues.

The defendant objects generally to each demand to the extent that it seeks discovery of:

- Confidential information, except as a suitable protective order is entered;

- Information subject to the attorney/client privilege, or any other privilege;

- Information constituting the work product of the defendants or their attorneys;

The defendant objects to plaintiff's interrogatories and document requests to the extent they purport to impose obligations not established by the Federal Rules of Civil Procedure or the Local Rules of Civil Procedure for the United States District Court for the Western District of New York

3) State the total quantity of Utility Infrastructure, broken down by each type, that was installed in 2015-2020 (please itemize by year) in the City ROW via attachment to above ground poles or infrastructure, direct buried, and underground in conduit.

**RESPONSE:**  Defendant objects to Interrogatory No. 3 on the grounds that it is not properly limited in time or scope as it seeks information concerning right-of-way installations that were made prior to the passage of the City's Telecommunications Code or that are not subject to the City's Telecommunications Code or regulated by the Communications Act of 1934.  Further, the City does not in all instances maintain records according to the "type of Utility Infrastructure" or the composition of wire or wirelines or other facilities installed.  Notwithstanding and without waiving these objections, plaintiff is referred to the document previously provided, bearing Bates No. COR 000612, which sets forth the conduit, fiber-optic, and small cell installations in the City's right of way as of July 2020.


4) Regarding the document that appears as Excel file provided as part of the City's Rule 26 disclosures, Bates Numbered COR 000011, state the following:

   a.  What the document is intended to describe; for example, whether the costs represent those associated with first year (installation) or with subsequent annual maintenance;

   b.  When it was created; and

   c.  The names and titles of the persons involved in creating it.

**RESPONSE:**  Defendant objects to Interrogatory No. 4 on the grounds that the document previously produced and bearing Bates No. COR 000011 speaks for itself, that the questions here interposed are most appropriately addressed during a deposition, and that this interrogatory is vague and ambiguous.  Notwithstanding and without waiving these objections, defendant states

that COR 000011 sets forth the approximate incremental personnel, operating and/or capital costs associated with installation and maintenance of telecommunications facilities in the right of way, breaking those costs down by department.  The following is a key to the various terms and categories set forth in the spreadsheets:

- TITLE: Job Title of individual performing function or work

- #: Number of individuals engaged in the function or work

- ACTIVITY: Description of the function or work

- FTE: Full Time Equivalent (Annual)

- HOURS (ANNUAL): Number of Hours individuals in TITLE  would perform ACTIVITY in budgeted year

- BRACKET: Salary Schedule designation for individual in the identified TITLE

- VALUE: Monetary calculation of Salary, Wages & Benefits based upon the identified input data: TITLE, #, BRACKET, HOURS, ET. AL.

- HOURS (DAILY) = Number of Hours individuals  would perform ACTIVITY in a workday

- TEAM AVG.= HOURS (DAILY) individuals in the Department or Division would engage in ACTIVITY

The analysis set forth in COR 000011 aggregates the costs "associated with first year (installation)" and those relating to "subsequent annual maintenance."  As the metadata in the excel file demonstrates, the document was created by Louie Tobias, the City's Telecommunications Director, on April 17, 2019.

5) Regarding the document entitled Telecom Staffing Inputs Bates Numbered COR 000011, identify the names and titles of those with knowledge of the following:

    a. The methodology used by the City to derive the amount in each cell of the spreadsheet, and the basis for each input and assumption used in that methodology;

    b. The methodology used by the City to calculate or determine the number of personnel used in the various fields in the document, and the basis for each input and assumption used in that calculation; and

    c. The methodology used by the City to arrive at the specific tasks included in the document, whether these tasks are fixed or variable with the total amount of construction, and whether each task is one-time, first-year, or recurring in nature.

**RESPONSE:** Defendant objects to Interrogatory No. 5 on the grounds that the request to identify all those with "knowledge of" the methodologies, inputs and assumptions related to the calculations set forth in COR 000011 is vague and overbroad in that it and implicates any City agents or employees with almost any knowledge of COR 000011 or any of the data therein. Notwithstanding and without waiving or otherwise limiting these objections, defendant identifies Louie Tobias, Director of Telecommunications and Special Projects, as the individual with knowledge of the three areas of methodology specified in this Interrogatory.

6) Identify any outside consultants, third parties, or non-City employees that assisted with or were consulted in the development of the document entitled Telecom Staffing Inputs, Bates Numbered COR 000011.

**RESPONSE:** Defendant objects to Interrogatory No. 6 on the grounds that it seeks irrelevant information. Notwithstanding and without waiving these objections, defendant states that no

Defendant further objects that this interrogatory is improperly limited in time because it seeks information concerning costs that predate the effective date of the Telecommunications Code. Notwithstanding and without waiving these objections, defendant identifies the following individuals as being familiar with activities performed by the City in relation to Crown Castle's recent installations of fiber in the City's right of way:

- Louie Tobias, Telecommunications Director

- Anthony Orphe, Deputy Commissioner of Environmental Services

- Kabutey Ocansey, Assistant Commissioner of Environmental Services

- Kamal Crues, Assistant City Engineer

- Bre'Asia Griffin, Senior Engineering Tech

- Marlana Zink, Senior GIS Analyst

## DOCUMENT REQUESTS

1) Provide all documents on which the City relied on to establish, or that are related to, the basis for the fees set forth in the City Telecommunications Code.

**RESPONSE**: Defendant objects to Document Request No. 1 on the grounds that this request is vague, ambiguous, fails to adequately articulate the particular Code Sections or Fees about which information is sought, and it seeks information that is beyond the scope of the complaint, that is irrelevant, or that is not likely to result in the discovery of admissible evidence. The question that plaintiff's suit poses is whether the fees in the City's telecommunications code exceed a reasonable approximation of the City's objective reasonable costs related to telecommunications infrastructure in the right of way. Accordingly, the manner in which the City arrived at those fees in the first instance, and the documents relies upon in reaching those fees, if any, have no

relevance to this matter.  Even assuming the validity of plaintiff's theory and the FCC's

Declaratory Ruling and Third Report and Order in the matter of Accelerating Wireless

Broadband Deployment by Removing Barriers to Infrastructure Investment ("Small Cell

Order"), the Small Cell Order itself acknowledges that "a fee not calculated by reference to costs

might nonetheless happen to land at a level that is a reasonable approximately of objectively

reasonable costs, and otherwise constitute fair and reasonable compensation as we describe

herein.  If all these criteria are met, the fee would not be preempted."  Accordingly, the only

relevant issue even under Plaintiff's theory, is whether the fees are within a reasonable

approximation of costs, irrespective of any "documents on which the City relied on to establish,

or that are related to, the basis for the fees set forth in the City Telecommunications Code."


2)  Provide all documents that the City contends demonstrate that the fee amounts set forth in

   Article IV of the City Telecommunications Code reflect the City's reasonable costs incurred

   to manage ExteNet's occupation of the public rights of way.

**RESPONSE:** Defendant objects to Document Request No. 2 on the grounds that it is vague,

ambiguous, fails to adequately articulate the particular Code Sections or Fees about which

information is sought, and it seeks information that is beyond the scope of the complaint, that is

irrelevant, or that is not likely to result in the discovery of admissible evidence.  Notwithstanding

and without waiving or limiting these objections, Plaintiff is directed to the documents

previously provided, bearing Bates Nos. COR 000001 – COR 000611; COR 000614 – COR

000676.

services).  Defendant also objects on the grounds that this request implicates the attorney-client and attorney-work product privileges.

19) Provide all documents demonstrating the City's costs caused by the presence of Utility Infrastructure in the ROW for each of the following City departments:

    a.  Hazard / Emergency Response;

    b.  Administration;

    c.  IT;

    d.  Finance; and

    e.  Law.

**RESPONSE:**  Defendant objects to Document Request No. 19 on the grounds that it is vague insofar as it appears to seek total department costs of all "Utility Infrastructure in the ROW" without regard to time or purpose for work in the right of way, or its nexus to telecommunications providers or the City's Telecommunications Code.  As such, this request is not proportional to the case as it appears to seek all ROW costs, not just those related to telecommunications facilities installed in the ROW. Notwithstanding and without waiving these objections, plaintiff is referred to the documents previously disclosed, bearing Bates Nos. COR 000001 – COR 000611 and COR 000614 – COR 000676, as well as to the documents provided herewith, bearing Bates Nos. COR 000681 – COR 000705.

Dated: April 29, 2021

                TIMOTHY R. CURTIN
                CORPORATION COUNSEL

    BY: _____
                Patrick Beath, Esq., of Counsel

*Attorneys for Defendants*
30 Church Street, Room 400A City Hall
Rochester, NY 14614
Telephone: (585) 428-6812

To:    Haran C. Rashes, Esq.
EXTENET SYSTEMS, INC.
3030 Warrenville Road, Suite 340
Lisle, Illinois 60532
(630) 245-2064
hrashes@extenetsystems.com


T. Scott Thompson, Esq.
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C.
701 Pennsylvania Avenue NW, Suite 900 Washington, DC 20004
Tel: 202-434-7440
SThompson@Mintz.com

## VERIFICATION

State of New York     )
County of Monroe    ) ss:

I, Louie J. Tobias, being duly sworn, deposes and says that I am the Director of Telecommunications & Special Projects for the City of Rochester, which is the defendant in this matter.  I have read the foregoing answers to the plaintiff's First Set of Interrogatories and I know their contents to be true based upon my own personal knowledge, my review of records and documents of the City of Rochester, and my conversations with other City employees.

_____
Louie J. Tobias

Sworn to before me this

_29th_ day of _April_ , 2021

Notary Public

MICHELLE BRADBURY
Notary Public State of New York
Qualified in Monroe County – 01BR6315209
Commission Expires November 24, 2022

Exhibit 2

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Telecom Staffing Inputs | | | | | | |
| 2 | | | Title | # | Activity | FTE | Hours (Annual) | Bracket | Value 2 | Daily Hours | Team Avg. |
| 3 | | Architectural / Engineering | | | | | | | | | |
| 4 | | Permits | | | Review, Implementation Enforcement (Inspection; R.P.R.) | | | | | | |
| 6 | | | | | Response to Inquiries | 0.038 | 78 | | | 0.30 | |
| 7 | | | | | Coordinate Departmental Reviews & Signatures: Maps, Surveys, Street Lighting , A/E Design, Construction et.al. | 0.063 | 130 | | | 0.50 | |
| 8 | | | | | Permit Review / Issuance/ Compliance | 0.05 | 104 | | | 0.40 | |
| 9 | | | | | PreConstruction Meetings & Scheduling | 0.05 | 104 | | | 0.40 | |
| 10 | | | | | OnSite Meetings / Daily Monitoring | 0.075 | 156 | | | 0.60 | |
| 11 | | | | | Field Inspections / Periodic Reinspections / Closeout | 0.075 | 156 | | | 0.60 | |
| 12 | | | | | Extension / Delay  Processing | 0.025 | 52 | | | 0.20 | |
| 13 | | | | | Complaint Investigations & Restorations (Structural) | 0.025 | 52 | | | 0.20 | |
| 14 | | | | | | 0.4 | 832 | | | 3.20 | |
| 16 | | | | | | | | | | | |
| 17 | | | Permit Coordinator | 1 | | 0.038 | 78 | 26 | $   4,295 | 0.30 | |
| 18 | | | Engineer Tech. | 1 | | 0.15 | 312 | 12 | $   7,930 | 1.20 | |
| 19 | | | Sr. Engineering Tech | 3 | | 0.15 | 312 | 15 | $   9,912 | 1.20 | |
| 20 | | | Supr. Engineering Tech | 1 | | 0.063 | 130 | 21 | $   5,782 | 0.50 | |
| 21 | | | | 6 | | 0.4 | 832 | | $  27,919 | 3.20 | 0.5333 |
| 24 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | **Construction** | | | **Network Operation (Installation, Routine Maintenance, Etc.); Review, Approval, Oversight , Inspection** | | | | | | |
| 26 | | | | | PreConstruction Meetings | 0.05 | 104 | | | 0.40 | |
| 27 | | | | | OnSite Meetings / Monitoring | 0.075 | 156 | | | 0.60 | |
| 28 | | | | | Field Inspections / Periodic Reinspections / Closeout | 0.075 | 156 | | | 0.60 | |
| 29 | | | | | Installation Compliance Oversight & Review | 0.038 | 78 | | | 0.30 | |
| 30 | | | | | | **0.238** | 494 | | | 1.90 | |
| 35 | | | | | | | | | | | |
| 36 | | | Mgr Engineer Construction | 1 | | 0.025 | 52 | 32 | $  3,524 | 0.20 | |
| 37 | | | Engineer III | 5 | | 0.1 | 208 | 26 | $  11,454 | 0.80 | |
| 38 | | | Engineer II | 1 | | 0.05 | 104 | 24 | $  5,286 | 0.40 | |
| 39 | | | Princ. Engineer. Tech | 2 | | 0.063 | 130 | 18 | $  4,956 | 0.50 | |
| 40 | | | | 9 | | 0.238 | 494 | | $  25,221 | 1.90 | 0.2111 |
| 41 | | | | | | | | | | | |
| 43 | | **Street Lighting** | | | **Inspection, Procurement, Oversight, Replacements, Maintenance  & Upgrades** | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | Installation Oversight & Review | 0.025 | 52 | | | 0.20 | |
| 46 | | | | | Inspection (Electrical) | 0 | 0 | | | 0.00 | |
| 47 | | | | | PreConstruction Meetings & Scheduling | 0.025 | 52 | | | 0.20 | |
| 48 | | | | | OnSite Meetings /  Monitoring | 0.075 | 156 | | | 0.60 | |
| 49 | | | | | Inventory Management | 0 | 0 | | | 0.00 | |
| 50 | | | | | System Design | 0 | 0 | | | 0.00 | |
| 51 | | | | | Repair, Replacement & Emergency Response | 0.025 | 52 | | | 0.20 | |
| 52 | | | | | | 0.15 | 312 | | | 1.20 | |
| 56 | | | | | | | | | | | |
| 57 | | | Street Lighting Coord. | 1 | | 0.075 | 156 | 27 | $  8,921 | 0.60 | |
| 58 | | | Asst. Street Lighting Coord. | 1 | | 0.075 | 156 | 25 | $  8,260 | 0.60 | |
| 59 | | | | 2 | | 0.15 | 312 | | $  17,181 | 1.20 | 0.6 |
| 60 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | | **Maps, Surveying** | | | **Survey, Inspection, Recording, Archiving** | | | | | | |
| 62 | | | | | | | | | | | |
| 63 | | | | | Survey, | 0.2 | 416 | | | 1.60 | |
| 64 | | | | | Inspection (location verification) | 0.1 | 208 | | | 0.80 | |
| 65 | | | | | Records Management | 0.2 | 416 | | | 1.60 | |
| 66 | | | | | | 0.5 | 1040 | | | 4.00 | |
| 67 | | | | | | | | | | | |
| 68 | | | Mgr. Maps & Surveys | 1 | | 0.1 | 208 | 28 | $  12,335 | 0.80 | |
| 69 | | | Asst. Field Surveyor | 1 | | 0.15 | 312 | 21 | $  13,877 | 1.20 | |
| 70 | | | Sr Survey Tech | 2 | | 0.25 | 520 | 18 | $  19,824 | 2.00 | |
| 71 | | | | 4 | | 0.5 | 1040 | | $  46,036 | 4.00 | 1 |
| 76 | | | | | | | | | | | |
| 77 | | **Street Design** | | | **Review, Approval, Oversight , Inspection, Design, Utilities** | | | | | | |
| 78 | | | | | Application Review | 0.15 | 312 | | | 1.20 | |
| 79 | | | | | Project Design | 1.2 | 2496 | | | 9.60 | |
| 80 | | | | | Utility Coordination | 0.15 | 312 | | | 1.20 | |
| 81 | | | | | Community Input Relation | 0.1 | 208 | | | 0.80 | |
| 82 | | | | | | 1.6 | 3328 | | | 12.80 | |
| 83 | | | | | | | | | | | |
| 84 | | | Engineer I | 2 | | 0.25 | 520 | 21 | $  23,128 | 2.00 | |
| 85 | | | Engineer II | 5 | | 0.25 | 520 | 24 | $  26,432 | 2.00 | |
| 86 | | | Engineer III | 1 | | 0.25 | 520 | 26 | $  28,635 | 2.00 | |
| 87 | | | Mgr Engineer Street Design | 2 | | 0.15 | 312 | 32 | $  21,146 | 1.20 | |
| 88 | | | Asst Mgr Eng. Street Design | 1 | | 0.15 | 312 | 29 | $  19,163 | 1.20 | |
| 89 | | | Program Coordinator | 1 | | 0.15 | 312 | 28 | $  18,502 | 1.20 | |
| 90 | | | Architech | 3 | | 0.2 | 416 | 24 | $  21,146 | 1.60 | |
| 91 | | | Asst. Architect | 3 | | 0.2 | 416 | 21 | $  18,502 | 1.60 | |
| 92 | | | | 18 | | 1.6 | 3328 | | $  176,654 | 12.80 | 0.7111 |
| 93 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | | **Executive Direction, Admin. Teleco, Special Proj.** | | | **Operational Oversight, GIS Development, Maintenance, Community Relations** | | | | | | |
| 95 | | | Telecom Mgr. Dir. | 1 | | 0.1 | 208 | 31 | $ 13,657 | 0.80 | |
| 96 | | | Community Liaison / GIS | 1 | | 0.2 | 416 | 23 | $ 20,265 | 1.60 | |
| 97 | | | Assistant Comm. | 1 | | 0.05 | 104 | 32 | $ 7,049 | 0.40 | |
| 98 | | | Deputy Comm. | 1 | | 0.05 | 104 | 32 | $ 7,049 | 0.40 | |
| 99 | | | City Engineer | 1 | | 0.05 | 104 | 35 | $ 7,709 | 0.40 | |
| 100 | | | Assistant City Engineer | 1 | | 0.1 | 208 | 32 | $ 14,097 | 0.80 | |
| 101 | | | Head Account Clerk | 1 | | 0.05 | 104 | 18 | $ 3,965 | 0.40 | |
| 102 | | | Accountant | 2 | | 0.05 | 104 | 17 | $ 3,745 | 0.40 | |
| 103 | | | Operations Dir. | 1 | | 0.1 | 208 | 35 | $ 15,419 | 0.80 | |
| 104 | | | Equip. Services Dir. | 1 | | 0.05 | 104 | 35 | $ 7,709 | 0.40 | |
| 105 | | | Water Dir. | 1 | | 0.1 | 208 | 35 | $ 15,419 | 0.80 | |
| 107 | | | | 10 | | 0.9 | 1872 | | $ 116,081 | 7.20 | 0.72 |
| 108 | | **Operations** | | | **Right of Way (Maintenance, Upgrades, DRE & IRE)** | | | | | | |
| 110 | | | Operations Sup. Asst. | 3 | | 0.05 | 104 | 23 | $ 5,066 | 0.28 | |
| 111 | | | Operations Sup. Asst. | 8 | | 0.05 | 104 | 25 | $ 5,507 | 0.28 | |
| 113 | | | Sr. Operations Worker | 29 | | 1.5 | 3120 | 62 | $ 115,445 | 8.55 | |
| 114 | | | Operations Worker | 45 | | 1.5 | 3120 | 41 | $ 102,783 | 8.55 | |
| 115 | | | | 85 | | 3.1 | 6448 | | $ 228,801 | 17.67 | 0.2078 |
| 119 | | **Equipment** | | | **ROW Maintenance & Construction, Equipment Servicing** | | | | | | |
| 120 | | | Department | 65 | Fleet, Eq. Maint, Parts & Repair | 0.4 | 832 | 18 | $ 31,718 | 2.28 | 0.0351 |
| 123 | | **Water** | | | **Stakeout, ROW Maintenance & Construction** | | | | | | |
| 124 | | | Department | 12 | Worker Field Engr. | 2 | 4160 | 22 | $ 193,835 | 11.40 | 0.9498 |
| 128 | | **Hazard / Emergency Response** | | | **Safety, Dispatch,  Emergency Response** | | | | | | |
| 129 | | **Fire** | Firefighter | 323 | | 0.1 | 175 | 80 | $ 12,335 | 0.48 | |
| 130 | | **Police** | Officer | 362 | | 0.1 | 175 | 90 | $ 11,454 | 0.48 | |
| 131 | | **Dispatch (311)** | Dispatch (I,II,III) Telecom. | 167 | | 0.02 | 35 | 130 | $ 1,586 | 0.10 | |
| 132 | | | | 852 | | 0.22 | 457.6 | | $ 25,375 | 1.25 | 0.0015 |
| 135 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | | Administration | | | Related Indirect Expenditures (Software Licenses, GIS) System Support, Data Security &  Storage, Records Management, Accounting, Invoicing | | | | | | |
| 138 | | IT | | | Software Licenses, GIS) System Support, Data Security &  Storage, Records Management | | | | | | |
| 139 | | | Manager | 9 | | 0.05 | 104 | 31 | $  6,828 | 0.40 | 0.22 |
| 140 | | | Analyst I-III | 14 | | 0.25 | 520 | 28 | $  30,837 | 2.00 | 0.71 |
| 141 | | | Engineer | 5 | | 0.15 | 312 | 26 | $  17,181 | 1.20 | 1.20 |
| 143 | | Finance | | | Accounting, Invoicing | | | | | | |
| 144 | | | Accountant (Sr./ Assoc.) | 11 | | 0.025 | 52 | 22 | $  2,423 | 0.20 | 0.09 |
| 145 | | | Account Clerk (Jr. - Head) | 4 | | 0.025 | 52 | 15 | $  1,652 | 0.20 | 0.25 |
| 147 | | Law | Municipal Attorney (I-IV) | 12 | MLA, Compliance, Legislation et. al. | 0.05 | 104 | 29 | $  6,388 | 0.40 | 0.17 |
| 148 | | | | 55 | | 0.55 | 1144 | | $  65,309 | 4.40 | 0.08 |
| 153 | | | | 1118 | | 10.06 | 20919.6 | 145.66 | $  954,128 | 57.31 | |
| 154 | | Citywide | | | | | | | | | |
| 155 | | FTE count | 3204 | | PerCent of City Total | 0.31% | 0.3139% | | 0.1717% | | |
| 156 | | Budget | $555,708,100 | | | | | | | | |
| 158 | | | | | | | | | | | |
| 159 | | | Maintenance & Repair Equipment Lighting | | $  432,613 | | | | $  72,102 | | 16.7% |
| 160 | | | GIS Upgrade | | $  125,000 | | | | $  40,179 | | 32.1% |
| 161 | | | Professional services | | $  47,500 | | | | $  7,917 | | 16.7% |
| 162 | | | Rental Storage | | $  97,772 | | | | $  3,911 | | 4.0% |
| 163 | | | ROW Maintenance Op. Div | | $  13,328,700 | | | | $ 1,199,583 | | 9.0% |
| 164 | | | ROW Maintenance ESD | | $  2,510,940 | | | | $  105,016 | | 4.2% |
| 165 | | | ROW Maintenance Water | | $  3,404,230 | | | | $  272,338 | | 8.0% |
| 166 | | | A&E Ongoing | | $  350,764,566 | | | | $ 2,630,734 | | 0.8% |
| 168 | | | | | | | | | $ 4,331,780 | | |
| 181 | | | | | | | | | $ 5,285,908 | | |
| 182 | | | Conduit (under mgmnt) | | 431566.8 ft | | | | | | |
| 183 | | | Fiber (under mgmnt) | | 431252.609 ft | | | | | | |

|     | A | B | C | D | E | F | G | H | M | O | Q |
|-----|---|---|---|---|---|---|---|---|---|---|---|
| 184 |   |   |   |   | **862819.409** ft |   |   |   |   |   |   |
| 185 |   |   |   |   |   |   |   |   | $  6.13 | per ft |   |

|  | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  | Telecom Staffing Inputs |  |  |  |  |  |  |
| 2 |  |  | Title | # | Activity | FTE | Hours (Annual) | Bracket | Value 2 | Daily Hours | Team Avg. |
| 3 |  | Architectural / Engineering |  |  |  |  |  |  |  |  |  |
| 4 |  | Permits |  |  | Review, Implementation Enforcement (Inspection; R.P.R.) |  |  |  |  |  |  |
| 6 |  |  |  |  | Response to Inquiries | 0.113 | 234 |  |  | 0.90 |  |
| 7 |  |  |  |  | Coordinate Departmental Reviews & Signatures: Maps, Surveys, Street Lighting , A/E Design, Construction et.al. | 0.188 | 390 |  |  | 1.50 |  |
| 8 |  |  |  |  | Permit Review / Issuance/ Compliance | 0.15 | 312 |  |  | 1.20 |  |
| 9 |  |  |  |  | PreConstruction Meetings & Scheduling | 0.15 | 312 |  |  | 1.20 |  |
| 10 |  |  |  |  | OnSite Meetings / Daily Monitoring | 0.225 | 468 |  |  | 1.80 |  |
| 11 |  |  |  |  | Field Inspections / Periodic Reinspections / Closeout | 0.225 | 468 |  |  | 1.80 |  |
| 12 |  |  |  |  | Extension / Delay  Processing | 0.075 | 156 |  |  | 0.60 |  |
| 13 |  |  |  |  | Complaint Investigations & Restorations (Structural) | 0.075 | 156 |  |  | 0.60 |  |
| 14 |  |  |  |  |  | 1.2 | 2496 |  |  | 9.60 |  |
| 16 |  |  |  |  |  |  |  |  |  |  |  |
| 17 |  |  | Permit Coordinator | 1 |  | 0.113 | 234 | 26 | $  12,886 | 0.90 |  |
| 18 |  |  | Engineer Tech. | 1 |  | 0.45 | 936 | 12 | $  23,789 | 3.60 |  |
| 19 |  |  | Sr. Engineering Tech | 3 |  | 0.45 | 936 | 15 | $  29,736 | 3.60 |  |
| 20 |  |  | Supr. Engineering Tech | 1 |  | 0.188 | 390 | 21 | $  17,346 | 1.50 |  |
| 21 |  |  |  | 6 |  | 1.2 | 2496 |  | $  83,756 | 9.60 | 1.6 |
| 24 |  |  |  |  |  |  |  |  |  |  |  |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | | Construction | | | **Network Operation (Installation, Routine Maintenance, Etc.); Review, Approval, Oversight , Inspection** | | | | | | |
| 26 | | | | | PreConstruction Meetings | 0.15 | 312 | | | 1.20 | |
| 27 | | | | | OnSite Meetings / Monitoring | 0.225 | 468 | | | 1.80 | |
| 28 | | | | | Field Inspections / Periodic Reinspections / Closeout | 0.225 | 468 | | | 1.80 | |
| 29 | | | | | Installation Compliance Oversight & Review | 0.113 | 234 | | | 0.90 | |
| 30 | | | | | | **0.713** | 1482 | | | 5.70 | |
| 35 | | | | | | | | | | | |
| 36 | | | Mgr Engineer Construction | 1 | | 0.075 | 156 | 32 | $  10,573 | 0.60 | |
| 37 | | | Engineer III | 5 | | 0.3 | 624 | 26 | $  34,362 | 2.40 | |
| 38 | | | Engineer II | 1 | | 0.15 | 312 | 24 | $  15,859 | 1.20 | |
| 39 | | | Princ. Engineer. Tech | 2 | | 0.188 | 390 | 18 | $  14,868 | 1.50 | |
| 40 | | | | 9 | | 0.713 | 1482 | | $  75,662 | 5.70 | 0.6333 |
| 41 | | | | | | | | | | | |
| 43 | | Street Lighting | | | **Inspection, Procurement, Oversight, Replacements, Maintenance  & Upgrades** | | | | | | |
| 44 | | | | | | | | | | | |
| 45 | | | | | Installation Oversight & Review | 0.075 | 156 | | | 0.60 | |
| 46 | | | | | Inspection (Electrical) | 0.1 | 208 | | | 0.80 | |
| 47 | | | | | PreConstruction Meetings & Scheduling | 0.075 | 156 | | | 0.60 | |
| 48 | | | | | OnSite Meetings /  Monitoring | 0.025 | 52 | | | 0.20 | |
| 49 | | | | | Inventory Management | 0.075 | 156 | | | 0.60 | |
| 50 | | | | | System Design | 0.1 | 208 | | | 0.80 | |
| 51 | | | | | Repair, Replacement & Emergency Response | 0.225 | 468 | | | 1.80 | |
| 52 | | | | | | 0.675 | 1404 | | | 5.40 | |
| 56 | | | | | | | | | | | |
| 57 | | | Street Lighting Coord. | 1 | | 0.3 | 624 | 27 | $  35,683 | 2.40 | |
| 58 | | | Asst. Street Lighting Coord. | 1 | | 0.375 | 780 | 25 | $  41,300 | 3.00 | |
| 59 | | | | 2 | | 0.675 | 1404 | | $  76,983 | 5.40 | 2.7 |
| 60 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | | **Maps, Surveying** | | | **Survey, Inspection, Recording, Archiving** | | | | | | |
| 62 | | | | | | | | | | | |
| 63 | | | | | Survey, | 0.2 | 416 | | | 1.60 | |
| 64 | | | | | Inspection (location verification) | 0.1 | 208 | | | 0.80 | |
| 65 | | | | | Records Management | 0.2 | 416 | | | 1.60 | |
| 66 | | | | | | 0.5 | 1040 | | | 4.00 | |
| 67 | | | | | | | | | | | |
| 68 | | | Mgr. Maps & Surveys | 1 | | 0.1 | 208 | 28 | $ 12,335 | 0.80 | |
| 69 | | | Asst. Field Surveyor | 1 | | 0.2 | 416 | 21 | $ 18,502 | 1.60 | |
| 70 | | | Sr Survey Tech | 2 | | 0.25 | 520 | 18 | $ 19,824 | 2.00 | |
| 71 | | | | 4 | | 0.55 | 1144 | | $ 50,661 | 4.40 | 1.1 |
| 76 | | | | | | | | | | | |
| 77 | | **Street Design** | | | **Review, Approval, Oversight , Inspection, Design, Utilities** | | | | | | |
| 78 | | | | | Application Review | 0.25 | 520 | | | 2.00 | |
| 79 | | | | | Project Design | 0.6 | 1248 | | | 4.80 | |
| 80 | | | | | Utility Coordination | 0.15 | 312 | | | 1.20 | |
| 81 | | | | | Community Input Relation | 0.1 | 208 | | | 0.80 | |
| 82 | | | | | | 1.1 | 2288 | | | 8.80 | |
| 83 | | | | | | | | | | | |
| 84 | | | Engineer I | 2 | | 0.15 | 312 | 21 | $ 13,877 | 1.20 | |
| 85 | | | Engineer II | 5 | | 0.15 | 312 | 24 | $ 15,859 | 1.20 | |
| 86 | | | Engineer III | 1 | | 0.1 | 208 | 26 | $ 11,454 | 0.80 | |
| 87 | | | Mgr Engineer Street Design | 2 | | 0.1 | 208 | 32 | $ 14,097 | 0.80 | |
| 88 | | | Asst Mgr Eng. Street Design | 1 | | 0.15 | 312 | 29 | $ 19,163 | 1.20 | |
| 89 | | | Program Coordinator | 1 | | 0.15 | 312 | 28 | $ 18,502 | 1.20 | |
| 90 | | | Architech | 3 | | 0.15 | 312 | 24 | $ 15,859 | 1.20 | |
| 91 | | | Asst. Architect | 3 | | 0.15 | 312 | 21 | $ 13,877 | 1.20 | |
| 92 | | | | 18 | | 1.1 | 2288 | | $ 122,689 | 8.80 | 0.4889 |
| 93 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 94 | | Executive Direction, Admin. Teleco, Special Proj. | | | Operational Oversight, GIS Development, Maintenance, Community Relations | | | | | | |
| 95 | | | Telecom Mgr. Dir. | 1 | | 0.45 | 936 | 31 | $ 61,454 | 3.60 | |
| 96 | | | Community Liaison / GIS | 1 | | 0.4 | 832 | 23 | $ 40,529 | 3.20 | |
| 97 | | | Assistant Comm. | 1 | | 0.1 | 208 | 32 | $ 14,097 | 0.80 | |
| 98 | | | Deputy Comm. | 1 | | 0.1 | 208 | 32 | $ 14,097 | 0.80 | |
| 99 | | | City Engineer | 1 | | 0.1 | 208 | 35 | $ 15,419 | 0.80 | |
| 100 | | | Assistant City Engineer | 1 | | 0.1 | 208 | 32 | $ 14,097 | 0.80 | |
| 101 | | | Head Account Clerk | 1 | | 0.05 | 104 | 18 | $ 3,965 | 0.40 | |
| 102 | | | Accountant | 2 | | 0.05 | 104 | 17 | $ 3,745 | 0.40 | |
| 103 | | | Operations Dir. | 1 | | 0.05 | 104 | 35 | $ 7,709 | 0.40 | |
| 104 | | | Equip. Services Dir. | 1 | | 0.05 | 104 | 35 | $ 7,709 | 0.40 | |
| 105 | | | Water Dir. | 1 | | 0.05 | 104 | 35 | $ 7,709 | 0.40 | |
| 107 | | | | 10 | | 1.5 | 3120 | | $ 190,531 | 12.00 | 1.2 |
| 108 | | Operations | | | Right of Way (Maintenance, Upgrades, DRE & IRE) | | | | | | |
| 109 | | | | | | | | | | | |
| 110 | | | Operations Sup. Asst. | 3 | | 0.1 | 208 | 23 | $ 10,132 | 0.57 | |
| 111 | | | Operations Sup. Asst. | 8 | | 0.1 | 208 | 25 | $ 11,013 | 0.57 | |
| 112 | | | | | | | | | | | |
| 113 | | | Sr. Operations Worker | 29 | | 1.5 | 3120 | 62 | $ 115,445 | 8.55 | |
| 114 | | | Operations Worker | 45 | | 2.5 | 5200 | 41 | $ 158,839 | 14.25 | |
| 115 | | | | 85 | | 4.2 | 8736 | | $ 295,430 | 23.93 | 0.2816 |
| 119 | | Equipment | | | ROW Maintenance & Construction, Equipment Servicing | | | | | | |
| 120 | | | Department | 65 | Fleet, Eq. Maint, Parts & Repair | 0.5 | 1040 | 18 | $ 39,648 | 2.85 | 0.0438 |
| 123 | | Water | | | Stakeout, ROW Maintenance & Construction | | | | | | |
| 124 | | | Department | 12 | Worker Field Engr. | 1.25 | 2600 | 22 | $ 121,147 | 7.12 | 0.5936 |
| 128 | | Hazard / Emergency Response | | | Safety, Dispatch,  Emergency Response | | | | | | |
| 129 | | Fire | Firefighter | 323 | | 0.4 | 700 | 80 | $ 49,340 | 1.92 | |
| 130 | | Police | Officer | 362 | | 0.4 | 700 | 90 | $ 45,815 | 1.92 | |
| 131 | | Dispatch (311) | Dispatch (I,II,III) Telecom. | 167 | | 0.05 | 87.5 | 130 | $ 3,965 | 0.24 | |
| 132 | | | | 852 | | 0.85 | 1768 | | $ 99,120 | 4.84 | 0.0057 |
| 135 | | | | | | | | | | | |

| | A | B | C | D | E | F | G | H | M | O | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 136 | | Administration | | | Related Indirect Expenditures (Software Licenses, GIS) System Support, Data Security &  Storage, Records Management, Accounting, Invoicing | | | | | | |
| 138 | | IT | | | Software Licenses, GIS) System Support, Data Security &  Storage, Records Management | | | | | | |
| 139 | | | Manager | 9 | | 0.1 | 208 | 31 | $ 13,657 | 0.80 | 0.44 |
| 140 | | | Analyst I-III | 14 | | 0.5 | 1040 | 28 | $ 61,675 | 4.00 | 1.43 |
| 141 | | | Engineer | 5 | | 0.25 | 520 | 26 | $ 28,635 | 2.00 | 2.00 |
| 143 | | Finance | | | Accounting, Invoicing | | 0 | | | 0.00 | |
| 144 | | | Accountant (Sr./ Assoc.) | 11 | | 0.1 | 208 | 22 | $ 9,692 | 0.80 | 0.36 |
| 145 | | | Account Clerk (Jr. - Head) | 4 | | 0.1 | 208 | 15 | $ 6,608 | 0.80 | 1.00 |
| 147 | | Law | Municipal Attorney (I-IV) | 12 | MLA, Compliance, Legislation et. al. | 0.3 | 624 | 29 | $ 38,326 | 2.40 | 1.00 |
| 148 | | | | 55 | | 1.35 | 2808 | | $ 158,592 | 10.80 | 0.1964 |
| 152 | | | | | | | | | | | |
| 153 | | | | 1118 | | 13.89 | 28886 | 105.49 | $1,314,218 | 79.14 | |
| 154 | | Citywide | | | | | | | | | |
| 155 | | FTE count | 3204 | | PerCent of City Total | 0.43% | 0.4334% | | 0.2365% | | |
| 156 | | Budget | $555,708,100 | | | | | | | | |
| 157 | | Hours (Bud) | 6664320 | | | | | | | | |
| 158 | | | | | | | | | | | |
| 159 | | | | | | | | | | | |
| 160 | | Current Deployment | 88 Installations | | 138 Approved | | | | | | |
| 161 | | Proposed Deployments | 300 Annual Installation  2020-2025 | | 1800 New Installations | | | | $ 4,381 | Per Pole | |
| 162 | | Proposed Deployments | 200 Annual Installation  2020-2028 | | 1800 New Installations | | | | $ 6,571 | Per Pole | |
| 163 | | | | | | | | | | | |
| 164 | | *Approximately 324 annual emergency occurences with current inventory  82 small cell  involved projected with proposed deployments* | | | | | | | | | |

Exhibit 3

1          UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF NEW YORK

3                    -   -   -

4    ExteNet Systems, Inc.,           :

5         Plaintiff,          : Civil Action No.

6              vs.           : 6:20-CV-7129

7    City of Rochester, New York,    :

8         Defendant.          :

9                    -   -   -

10                 June 3, 2021

11                    -   -   -

12

13          Remote deposition of CITY OF

14   ROCHESTER through its witness, Louie Tobias was

15   taken pursuant to notice, beginning at 9:37 a.m.

16   on the above date before Gail L. Inghram Verbano,

17   Registered Diplomate Reporter, Certified Realtime

18   Reporter, Certified Shorthand Reporter-CA (No.

19   8635)and Notary Public, there being present via

20   videoconferencing:

21                    -   -   -

22

23

24

```
 1    A P P E A R A N C E S:

 2    On behalf of Plaintiff:

 3        T. SCOTT THOMPSON, ESQ.

 4        sthompson@mintz.com

 5        JON GARVIN, ESQ.

 6        jgarvin@mintz.com

 7            MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO PC

 8            701 Pennsylvania Avenue, NW, Suite 900

 9            Washington, DC, 20004

10            202.434.7440

11

12


13    On behalf of The City of Rochester:

14        PATRICK BEATH, ESQ.

15        patrick.beath@cityofrochester.gov

16            City of Rochester, New York Law Department

17            30 Church Street, Room 402a

18            Rochester, New York 14614-1206

19            585.428.5990

20

21    ALSO PRESENT:

22        KEN AMRHEIN, Legal Technician

23        HARAN RASHES, ESQ., ExteNet

24
```

```
 1                         –  –  –

 2                     I N D E X

 3                         –  –  –

 4    EXAMINATION OF:                            PAGE

 5    LOUIE TOBIAS

 6           By Mr. Thompson ......................7

 7

 8

 9

10                    E X H I B I T S

11    TOBIAS                                     PAGE
```

```
12    Exhibit 1    Notice of 30(b)6 deposition .......18

13    Exhibit 2    City of Rochester City Code .......24

14                 Section 106

15    Exhibit 3    Email communication ending .......65

16                 8-27-20, with attachment, COR-711

17    Exhibit 4    Telecom Staffing Inputs, as .......77

18                 attached to Exhibit 3, COR-001 to

19                 010

20    Exhibit 5    Excel spreadsheet of Telecom ......78

21                 Staffing Inputs, COR-011

22    Exhibit 6    Defendant's responses to first ....93

23                 set of interrogatories and

24                 requests for production
```

```
 1    TOBIAS                                    PAGE

 2    Exhibit 7     Excel spreadsheet, City of .......162

 3                  Rochester Department of

 4                  Environmental Services Bureau of

 5                  Architecture and Engineering

 6    Exhibit 8     City of Rochester  . . . . . . . .214

 7                  Telecommunications Facility Fee

 8                  Schedule, COR-680

 9    Exhibit 9     City of Rochester Permit Fees for 219

10                  Work Within the City Public

11                  Right-of-Way, COR-677

12    Exhibit 10    Excel spreadsheet, Teleco ROW 4B .223

13                  calculations

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    DEPOSITION SUPPORT INDEX

 2

 3      QUESTIONS INSTRUCTED NOT TO ANSWER:

 4      PAGE   LINE

 5      (None)

 6

 7      REQUEST FOR PRODUCTION OF DOCUMENTS

 8      PAGE   LINE

 9      (None)

10

11

12      STIPULATIONS

13      PAGE   LINE

14      (None)

15

16      QUESTIONS MARKED

17      PAGE   LINE

18      (None)

19

20

21                     REPORTER'S NOTE:

22      QUOTATIONS MARKS ARE USED FOR CLARITY AND DO NOT

23      NECESSARILY INDICATE A DIRECT QUOTATION

24
```

Page 170

1 bridge stabilization.
2     A.    Probably not.
3     Q.    When you say probably not, why?
4     A.    That one is a -- it's not a
5 reconstruction.  It really is where you have to
6 reallocate -- you know, relocate, rebuild and
7 then rerun.  That one is more of a -- a
8 structural shoring up of a facility that is along
9 the riverway.
10    Q.    Let's talk -- what about
11 structural engineering term services contract?
12    A.    I'm sure that there is some in
13 there, but it's a nonspecific.  It's a -- you
14 know, as you -- when you do -- you know, we have
15 a contract with a structural engineer that does
16 inspections throughout the City, or performs
17 structural engineering work throughout the City.
18 So that could be on a project that does include
19 telecom or a project that does not.
20    Q.    What about the Triphammer Gorge
21 building emergency repairs?
22    A.    I do not believe so.
23    Q.    Trip -- so I assume -- well,
24 Triphammer Gorge wall assessment?

Page 171

1     A.    I would assume not.
2     Q.    Let's talk about -- go back up for
3 a second.  Is that pronounced "Pont de Rennes"?
4     A.    Pont de Rennes.
5     Q.    So I see that the construction
6 here is anticipated 2023.  And it says, "Project
7 status consultant selected."  What is that --
8 what is your understanding of what that means the
9 status is as of 2020?  They spent $9 million on
10 this?
11    A.    No, they have not.
12    Q.    Okay.  It sounds like, from
13 project status, that all they've done is identify
14 a consultant.  Is that --
15    A.    That may be true.
16    Q.    Okay.  Let's keep going down the
17 list.  We're under the blue grouping, the
18 landscape architecture, active projects in
19 design.
20          Are any of these attributable to
21 the telecom and the public right-of-way?
22          And rather than go one by one, why
23 don't you just tell me if you see any of them
24 that you believe are.

Page 172

1     A.    I would say the Main Street
2 streetscape Phase II would probably fall in that
3 category.
4     Q.    You say "probably."  Do you know
5 for certain?
6     A.    No.  Remember, I'm giving you an
7 informed understanding.
8     Q.    Okay.
9     A.    If you want the absolute, you have
10 to bring in the A & E division folks that create
11 the document and can tell you the actual scope of
12 each and every one of those, who are the people
13 that we sat down with to figure out how much of
14 this should be attributable, how much should not
15 be.
16          So I am giving you the answers
17 secondhand based upon my recollection.  I don't
18 examine the engineering documents here.
19    Q.    So then let me ask you to look
20 back at Exhibit 5 again, the right-of-way costs.
21    A.    Uh-huh.
22    Q.    And then it looks like from the
23 formula that the way that you've attributed this
24 is you've attributed .8 --

Page 173

1     A.    percent.
2     Q.    -- percent to the 350 million as
3 being attributable to telecom; is that accurate?
4     A.    That's correct.
5     Q.    What was the source of the
6 .8 percent?
7     A.    That was a very conservative
8 estimate by, just like you're asking me, I asked
9 other folks, you know, Of these, which of these
10 relate to telecom?  Of these, how many of these
11 are going to go in any given year?
12          And we got to a number that was
13 much larger than that, and we used a portion of
14 that number.
15    Q.    And so who did you ask?
16    A.    I spoke with my street design
17 folks, my assistant city engineers, my
18 construction maintenance people.  Everybody up in
19 that first A & E number.
20    Q.    So can you give me -- can you give
21 me the names of the specific people that you
22 talked to that led to -- all of those people told
23 you what they thought the percentage of --
24    A.    No, those people -- those

1

2                    C E R T I F I C A T I O N

3

4

5              I hereby certify that I have read

6      the foregoing transcript of my deposition

7      testimony, and that my answers to the questions

8      propounded, with the attached corrections or

9      changes, if any, are true and correct.

10

11         ------------------------------------
           LOUIE TOBIAS
12

13

14

15

16

17

18

19

20

21

22

23

24

1

2                      E R R A T A    S H E E T

3                              – – –

4

5     PAGE          LINE          CHANGE

6     _____        _____        _____

7     _____        _____        _____

8     _____        _____        _____

9     _____        _____        _____

10    _____        _____        _____

11    _____        _____        _____

12    _____        _____        _____

13    _____        _____        _____

14    _____        _____        _____

15    _____        _____        _____

16    _____        _____        _____

17    _____        _____        _____

18    _____        _____        _____

19    _____        _____        _____

20    _____        _____        _____

21    _____        _____        _____

22    _____        _____        _____

23    _____        _____        _____

24    _____        _____        _____

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2

 3              I, Gail Inghram Verbano,

 4   Registered Diplomate Reporter, Certified Realtime

 5   Reporter, Certified Shorthand Reporter (CA) and

 6   Notary Public, the officer before whom the

 7   foregoing proceedings were taken, do hereby

 8   certify that the foregoing transcript is a true

 9   and correct record of the proceedings; that said

10   proceedings were taken by me stenographically and

11   thereafter reduced to typewriting under my

12   supervision; and that I am neither counsel for,

13   related to, nor employed by any of the parties to

14   this case and have no interest, financial or

15   otherwise, in its outcome.

16

17

18              Gail Inghram Verbano

19   _____
     Gail Inghram Verbano, CSR, RDR, CRR
20   CA-CSR No. 8635

21

22

23

24
```

# Exhibit 4

Page 1

1

2   UNITED STATES DISTRICT COURT

3   WESTERN DISTRICT OF NEW YORK

4   -----------------------------)

5   CELLCO PARTNERSHIP d/b/a

6   VERIZON WIRELESS,

7              Plaintiff,

8         vs.                  No. 6:19-cv-06583
                               EAW-MWP
9   CITY OF ROCHESTER,

10             Defendant.

11  -----------------------------)

12

13

14

15      REMOTE DEPOSITION OF LOUIS TOBIAS

16            New York, New York

17            February 9, 2021

18

19

20

21

22

23

24  Reported by:
    Linda Salzman
25  JOB NO. 189232

L. Tobias

1  
2              And so we needed that
3  information to be able to get to a place
4  where we were able to accurately identify
5  the City costs.  So we went from small --
6  you know, from the most elemental level
7  and worked our way up, and then we added
8  it all up and ended with a summary.
9              The overall big picture thing
10 was just a comparison for us to understand
11 of our overall budget, what are we doing
12 as it relates to this.
13     Q.    Okay.  Did you keep notes of
14 these interviews or records of these
15 interviews and the information provided?
16     A.    I will say that I'm sure that
17 there's somewhere that maybe that I wrote
18 on a piece of paper or in a pad or on an
19 earlier version of a spreadsheet that
20 maybe I got that said, hey, da, da, da,
21 da.
22              But did I -- if you come to my
23 office now, you will see that I have much
24 more paper than I need and I consistently
25 clean house.

L. Tobias

1  
2      Q.    Okay.
3      A.    So once I actually memorialize
4  some issue, once someone told me, okay, on
5  any given day I made five visits to that,
6  I didn't -- you know, I may have written
7  it on a piece of paper.  But you know,
8  that might have been Version 4 of a
9  document that may have ended up with 54
10 versions or some ridiculous number like
11 that.
12     Q.    Okay.  I asked you about the
13 concept of, you know, allocating overhead
14 of existing costs.  And I just wanted --
15 I'm not sure I got an answer to that
16 question.
17              So part of the exercise that you
18 performed were to look at the functions of
19 various personnel that are employed by the
20 City, correct?
21     A.    Correct.
22     Q.    And you asked each of those
23 people to tell you how much time they
24 approximate that they spend on certain
25 tasks, right?

L. Tobias

1  
2      A.    What I asked them was, tell me
3  what you do.  How much of your day is done
4  doing that.  Yes.  I asked that question,
5  you know, just like you asked me what
6  percentage do I do this or do that.
7              If there was an inspector and
8  that inspector inspects multiple things, I
9  would say, okay, if you do a hundred
10 inspections a week, how many of those are
11 for this, and then they would tell me.
12 Then they may say to me, oh, I do ten out
13 of a hundred.  And I would say, oh, so you
14 spent 10 percent of your time on that?
15 They would say yes or they may say no, no,
16 no.  Those are much more intensive than
17 the others that I do.
18              So in compiling the actual
19 number and the hours and the timing,
20 because as you have already noted, we
21 don't account that way.  It was from those
22 interviews and those conversations that we
23 were able to come up with those
24 allocations.
25     Q.    Okay.  I just wanted -- using

L. Tobias

1  
2  your example, let's just say you have an
3  inspector that inspects multiple things
4  and they did confirm to you that he spent
5  10 percent of his time inspecting things
6  that you're tracking on one of your
7  right-of-way spreadsheets that are marked
8  as Exhibit 9 or Exhibit 10.
9      A.    Uh-huh.
10     Q.    That inspector's salary, let's
11 just assume it's $100,000 a year.  I'm
12 just using a big round number.  I know you
13 provided salary information, and that's
14 not it.
15              But let's just say the salary is
16 $100,000.  That $100,000 is overhead to
17 the City, correct?
18     A.    I want to say yes.  But I want
19 to make sure I understand what your
20 definition of overhead is.
21     Q.    Overhead are the costs to run
22 the City, right?  The costs to run the
23 City, irrespective of incremental tasks,
24 let's just call them, or extra tasks,
25 additional tasks that are otherwise not

# Exhibit 5

1

2    UNITED STATES DISTRICT COURT

3    WESTERN DISTRICT OF NEW YORK

4    -----------------------------)

5    CELLCO PARTNERSHIP d/b/a

6    VERIZON WIRELESS,

7              Plaintiff,

8         vs.                    No. 6:19-cv-06583
                                 EAW-MWP
9    CITY OF ROCHESTER,

10             Defendant.

11   -----------------------------)

12

13

14       REMOTE DEPOSITION OF LOUIE TOBIAS

15           New York, New York

16           February 10, 2021

17              Volume II

18

19

20

21

22

23

24   Reported by:
     Linda Salzman
25   JOB NO. 189233

Page 323

```
                    L. Tobias
1
2    you're allowed to charge your per pole
3    cost to providers, your analysis would
4    justify charging providers nearly 15,000
5    per pole, correct?
6         A.    You used the word justify and
7    you said interpretation of the FCC order.
8              My interpretation of the FCC
9    order is that we are allowed to charge
10   anything that a reasonable approximation
11   of up to and a reasonable approximation of
12   what our charges are.  We chose -- even
13   though a reasonable approximation of our
14   charges are significantly above what we're
15   asking, we chose to use that language of
16   up to of some number less than that.
17             If what you're asking is if 1.3
18   million divided by 88 is some number that
19   you said is $15,000, I'll stipulate to the
20   math.
21        Q.   Okay.  If we were to use your
22   analysis of -- and I believe that's what's
23   reflected in the interrogatory response as
24   well, is that the determination was that
25   you determined that the objectively
```

Page 324

```
                    L. Tobias
1
2    reasonable cost per pole is 4381 per year,
3    assuming 300 installations annually from
4    2020 to 2025, you would then have -- year
5    one, you would have the 300 installations.
6              In year two, if things go on
7    track according to your assumptions, you
8    would have 600 installations, correct?
9         A.    Correct.
10        Q.    And in year three, you would
11   have 900 installations, correct?
12        A.    Correct, above and beyond those
13   that already exist.
14        Q.    And in year four, you would have
15   1500 installations, correct?
16        A.    Correct.
17        Q.    Did you do anything to account
18   for -- to make sure that the aggregate
19   fees that you would be charging by the
20   time you have 1500 installations are
21   reflective of the City's actual costs with
22   respect to the -- I believe you call it
23   the year-outs from the installation?
24        A.    I'll have to reiterate the
25   answer that I gave that at any given time
```

Page 325

```
                    L. Tobias
1
2    we're doing three things.  We are managing
3    the existing installations; we are
4    permitting and dealing with the
5    installations that are current
6    contemporaneously; and we are dealing with
7    these are coming in the future.
8              I also said that while the 1.3
9    is the floor, as those things go up, I
10   know that the 1.3 associated with the City
11   will also go up.  And also, as you know,
12   the number, the 4,381 per pole, is
13   significantly above the number that we are
14   charging.
15        Q.    Well, if I follow your math and
16   your logic and what you've relied upon in
17   this case, because I didn't see any
18   analysis that provided costs in excess of
19   $1.3 million a year, by year four, with
20   1500 installations, according to your
21   math, the cost would be $876 per pole.
22        A.    And that's assuming that the 1.3
23   never changes.
24        Q.    I haven't been provided with any
25   other analysis that suggests that it will.
```

Page 326

```
                    L. Tobias
1
2         A.    Okay.  I don't mean to -- okay.
3    If it costs $1.3 million to manage 88
4    units, to manage them, to permit them, to
5    deal with the emergencies of them, it is a
6    very simple next step, that if you then
7    increase that number by 1800
8    installations, that you will no longer be
9    able to do that job for the same $1.3
10   million.
11             That was not an analysis that I
12   thought that we needed to provide to make
13   the next step.  But it that's necessary,
14   maybe we can go back to the drawing board
15   and then that number becomes 10 million,
16   15 million, 20 million.
17        Q.    You're telling us that's what
18   would happen?
19        A.    What I'm telling you is I can
20   unequivocally tell you that the number is
21   going to be bigger than $1,314,000 and
22   314, 218 dollars.  That's what I'm telling
23   you.
24        Q.    Did you do anything to make sure
25   all the costs you were counting were
```

Page 327

L. Tobias

1     L. Tobias
2  objectively reasonable?
3     A.    Can you define what you mean by
4  objectively reasonable?
5     Q.    What does objectively reasonable
6  mean to you?  I guess doesn't matter what
7  it means to me.
8     A.    Well, what I ask people to
9  provide for me is what it was that they
10  were doing.  What I asked people to
11  provide for me is how much the City was
12  expending upon that.
13        I believe that objectively
14  reasonable is that we have a number that
15  we have assessed as actual or projected
16  expenditures performing a particular duty,
17  that none of them seem outrageous.
18        The opposite of objectively
19  reasonable for me is outrageous or
20  ridiculous.  I don't see anything that
21  we've come up with that didn't -- that
22  said to me that doesn't make any sense and
23  we shouldn't be doing that.
24        So my common sense test kicked
25  in and these numbers meet my common sense

Page 328

1     L. Tobias
2  reasonable smell test.
3     Q.    Okay.  I realize that in my
4  effort to unhide the Excels, I missed some
5  at the bottom.  When I unhide on the input
6  date sheet -- not the UG sheet, the other
7  one -- lines 166 to 182, there is an
8  information populated in those fields.
9        Are you able to unhide them?
10     A.    166 to 182?
11     Q.    Yes.
12     A.    I did.
13     Q.    Okay.  I see that there is all
14  those additional categories that we were
15  discussing on the UG sheet when we were
16  looking at Exhibit 10.
17     A.    Yes.
18     Q.    And there seems to be some
19  calculations and analysis done.
20        Why did you count these
21  categories on the UG sheet and -- although
22  they're reflected here on the input date
23  sheet, they don't appear to be added to
24  your costs in the same manner they were on
25  the UG sheet?

Page 329

1     L. Tobias
2     A.    When you say calculations and
3  analysis, what are you referring to?  I
4  don't know what you mean there.
5     Q.    Well, I see that in Columns E,
6  K, L, M, there are some formulas that are
7  being applied.  For example, in line 167,
8  you are taking the result of 300 divided
9  by 1800 and multiplying it by the 432,613.
10     A.    I believe that is just simply
11  how much of that would be applicable in
12  any given year.  The 300 is the number of
13  expected deployments.  800 is the total
14  number of -- 1800 is the total number of
15  deployments over that five-year period.
16        And I think that it was taking
17  that number, that overall number, that was
18  in Column E or K, and making it an
19  annualized number.  And that -- all of the
20  stuff from 167 to 182 I believe was then
21  put on the underground sheet, because
22  those were costs that were associated
23  above and beyond the non-small cell but
24  associated with telecommunications within
25  the right-of-way.

Page 330

1     L. Tobias
2     Q.    Okay.  So this rows 167 to 187
3  on the input data sheet did not impact
4  your analysis with respect to the costs of
5  the small cell attachments?
6     A.    No.  And if you look at it, I
7  believe that was just simply cut and
8  pasted from the input data sheet and moved
9  to the input data UG sheet.  And so there
10  are no calculations on the input data
11  sheet that relates to those numbers that
12  are in columns 167 through 185.
13     Q.    Okay.  Thank you.
14        I'm sorry if I've asked this,
15  but can you just clarify for me why these
16  items we're discussing count on the UG
17  spreadsheet but don't count on the input
18  data spreadsheet?
19     A.    At one point in time, when I
20  initially asked the questions to people to
21  tell me what it is they do and how it
22  related to the telecom industry within the
23  right-of-way, they came and they gave me
24  these numbers and they gave me the
25  activities.